In the Matter of GERARD AMEDIO, Appellant, v ALAN HEVESI, as Comptroller of the State of New York, Respondent.

Submitted February 4, 2008; decided February 14, 2008

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

---

In the Matter of ANONYMOUS, an Attorney.

Submitted January 7, 2008; decided February 14, 2008

Motion for reargument denied [*see* 9 NY3d 980 (2007)].